UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| -------------------------------------------------- | : | |
|---|---|---|
| VOXCELL CLOUD LLC DBA LIFEVOXEL | : : : | |
| | : | Case No.: 3:22-cv-01079-JBA |
| Plaintiff, | : | |
| v. | : : : | |
| EVOHEALTH LLC | : : | |
| Defendant. | : | February 14, 2023 |
| -------------------------------------------------- | : | |

## **MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) the defendant, EvoHealth, LLC, hereby moves for dismissal of the second, third and fourth counterclaims with prejudice, and with each party bearing their own costs.

Good cause exists for dismissal of these counterclaims with prejudice and with each party bearing their own costs because, among other reasons, this action has been relatively inactive. There was little discovery exchanged between the parties and no depositions were taken. Further, this motion for voluntary dismissal is being made prior to any dispositive motions being filed. Therefore, this case has not progressed to the stage where there could be a disposition on the merits; or such that the plaintiff would be in any way prejudiced by an order of dismissal on these terms.

Accordingly, the defendant respectfully requests that the motion to dismiss the second, third and fourth counterclaims with prejudice and with each party bearing their own costs be granted.

**DEFENDANT**
**EVOHEALTH, LLC**

By: \_\_\_\_\_/s/_____
David A. Ryan, Jr.
Ryan & Ryan, LLC (421190)
900 Chapel Street, Suite 621
New Haven, CT 06510
Telephone: 203-752-9794
Facsimile: 203-785-1547
Email: david.ryan@ryan-ryan.net
-Its Attorney-

## **CERTIFICATION**

I hereby certify that on February 14, 2023 a copy of foregoing Motion for Voluntary Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/ David A. Ryan, Jr.
                                                          David A. Ryan, Jr.