UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VOXCELL CLOUD LLC DBA LIFEVOXEL | : <br> : <br> : Case No.: 3:22-cv-01079-JBA |
| Plaintiff, | : |
| v. | : <br> : <br> : |
| EVOHEALTH LLC | : <br> : |
| Defendant. | : February 20, 2023 |

## NOTICE OF BANKRUPTCY FILING

PLEASE TAKE NOTICE that on or about February 13, 2023 the defendant, EvoHealth, LLC commenced a case in United States Bankruptcy Court for the Eastern District of North Carolina assigned case number 23-00396-5-JNC.

**DEFENDANT**
**EVOHEALTH, LLC**

By:  \_\_\_\_\_/s/_____
David A. Ryan, Jr.
Ryan & Ryan, LLC (421190)
900 Chapel Street, Suite 621
New Haven, CT 06510
Telephone:  203-752-9794
Facsimile:  203-785-1547
Email:  david.ryan@ryan-ryan.net
-Its Attorney-

**CERTIFICATION**

I hereby certify that on February 20, 2023 a copy of foregoing Motion for Voluntary Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ David A. Ryan, Jr.
                                        David A. Ryan, Jr.